671 A.2d 224

**Kathy K. THOMAS, Appellee,**

**v.**

**Shannon L. MILLER, Appellant.**

Supreme Court of Pennsylvania,
Middle District.

Submitted Sept. 8, 1995.

Decided March 1, 1996.

James J. Karl, Lancaster, for Appellant.

Shannon Miller, pro se.

Gina R. Brownfield, for Appellee.

Kathy Thomas, pro se.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.